1913.) Action by Belle Levine against the International Railway Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals (from 140 N. Y. Supp. 1127) denied.

LEVINSON v. ARON et al. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Isaac Levinson against Elias Aron and another. No opinion. Application denied, with $10 costs. Order signed.

LEVY et al., Respondents, v. EMPIRE BRICK & SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Nathan Levy and another against the Empire Brick & Supply Company. No opinion. Judgment and order affirmed, with costs.

LEWIS v. TOWNSEND et al. (two cases). (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Grace E. Lewis against Chas. De K. Townsend and others. No opinion. Motions denied, with $10 costs, on authority of Leake v. Hartman, 137 App. Div. 451, 121 N. Y. Supp. 771, affirmed on opinion below 202 N. Y. 605, 96 N. E. 1119. Orders filed. See, also, 140 N. Y. Supp. 1127.

LICCIONE, Respondent, v. ULLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Joseph Liccione against Lorenzo Ullo and others. No opinion. Judgment and order affirmed, with costs.

LIEBMANN, Appellant, v. MANHATTAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Anna Liebmann against the Manhattan Life Insurance Company. J. Kohler, of New York City, for appellant. E. S. Rapallo, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LONG, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Minnie Long, as administratrix, against the City of New York. C. L. Barber, of New York City, for appellant. D. C. Myers, of New York City, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 137 App. Div. 926, 122 N. Y. Supp. 1134.
INGRAHAM, P. J., and McLAUGHLIN, J., dissent.

LONG ISLAND R. CO., Appellant, v. SHINNECOCK HILLS & PECONIC BAY REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by the Long Island Railroad Company against the Shinnecock Hills & Peconic Bay Realty Company and others.

No opinion. Judgment (131 N. Y. Supp. 885) affirmed, with costs to each of the defendants respondents.

LOUGHMAN v. BROWN BROS., Inc. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Michael F. Loughman against Brown Bros., Incorporated. No opinion. Motion denied, with $10 costs. Order filed.

LOUISVILLE LUMBER CO., Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by the Louisville Lumber Company against Claremont E. Smith and another. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 154 App. Div. 386, 139 N. Y. Supp. 357.

LUDEWIG, Respondent, v. BOSSELMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Proceeding by Otto R. H. Ludewig against Andreas C. Bosselman. R. Marks, of New York City, for appellant. B. N. Cardozo, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 App. Div. 943, 134 N. Y. Supp. 1138; 141 N. Y. Supp. 1129.

LUDEWIG, Respondent, v. BOSSELMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Proceeding by Otto R. H. Ludewig against Andreas C. Bosselman. R. Marks, of New York City, for appellant. B. N. Cardozo, of New York City, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed. See, also, 141 N. Y. Supp. 1129.

LUMLEY et al., Respondents, v. DE JONG, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Alexander Lumley and another against Jacob De Jong. J. J. Lesser, of New York City, for appellant. E. Horwitz, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUND, Appellant, v. BARRETT MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Annie Lund, as administratrix, etc., of Albin Lund, deceased, against the Barrett Manufacturing Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 153 App. Div. 915, 138 N. Y. Supp. 1127.

LUZZATTO, Appellant, v. BOEHM et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Mathilda Luzzatto against Fanny Boehm and others. No opinion. Judgment affirmed, with costs.